**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KWABENA BOATENG, | |
| Plaintiff, | |
| v. | Civil Action No.  4:25-cv-11900-MRG |
| AMAZON.COM SERVICES LLC, | |
| Defendant. | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Alison H. Silveira of Seyfarth Shaw LLP, Two Seaport

Lane, Suite 1200, Boston, Massachusetts 02210, as counsel for Defendant Amazon.com Services

LLC in connection with the above-captioned apction.

DATED: June 3, 2026

Respectfully submitted,

DEFENDANT
AMAZON.COM SERVICES LLC

By its attorneys,

_/s/ Alison H. Silveira_
Alison H. Silveira (BBO No. 666814)
asilveira@seyfarth.com
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, Massachusetts  02210-2028
Telephone:   (617) 946-4800
Facsimile:   (617) 946-4801

326323532v.1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2026, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ *Alison H. Silveira*
Alison H. Silveira

326323532v.1