**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KWABENA BOATENG,<br><br>      Plaintiff,<br><br>      v.<br><br>AMAZON.COM SERVICES LLC,<br><br>      Defendant. | Civil Action No.  1:25-cv-11900-MRG |

**JOINT MOTION TO STAY DISCOVERY AND
OTHER SCHEDULING ORDER DEADLINES PENDING MEDIATION**

Plaintiff Kwabena Boateng and Defendant Amazon.com Services LLC (collectively the "Parties") hereby respectfully and jointly move to stay the fact discovery deadline and all remaining deadlines set forth in the Court's December 18, 2025 Scheduling Order (Dkt. 32) (the "Scheduling Order") in order to allow the Parties to complete a formal mediation process that may lead to the resolution of this litigation.  In support of this motion, the Parties state as follows:

1.      The current deadline for the close of fact discovery is June 18, 2026.

2.      The Parties have been working together in good faith to determine whether it would be beneficial to participate the Court-sponsored mediation program.

3.      While the Parties were exploring this option, they agreed to mutual extensions of discovery responses and deferred depositions to conserve resources.

4.      In an effort to resolve this matter, the Parties have agreed to participate in the Court-sponsored mediation program and, on June 10, 2026, requested a referral to Magistrate Judge Marianne B. Bowler.

326543135v.1

5.     On June 10, 2026, the Court referred the case to Alternative Dispute Resolution, assigned the case to Judge Bowler, and canceled the upcoming June 30, 2026 Status Conference, pending mediation. (Dkts. 40-42).

6.     An ADR Hearing before Judge Bowler has been set for August 13, 2026 (Dkt. 43).

7.     In light of the Parties' decision to try to resolve this case through mediation, they request a stay of the June 18, 2026 fact discovery deadline and all remaining deadlines in the Scheduling Order pending mediation.

8.     If mediation is unsuccessful, the Parties will require additional time to complete discovery and will promptly propose a new deadline for completion of fact discovery, along with commensurate adjustments to the other Scheduling Order deadlines.

9.     This is the Parties' first request for an extension of the fact discovery and Scheduling Order deadlines in this litigation.

10.    The Parties jointly seek this stay.  Staying the June 18, 2026 fact discovery deadline and the other Scheduling Order deadlines in order to permit the parties to engage in the Court-sponsored mediation program will conserve judicial and party resources and encourage a good faith effort to resolve this matter.

WHEREFORE, the Parties request that this joint motion be granted.

326543135v.1

DATED:  June 18, 2026

Respectfully submitted,

Respectfully submitted,

PLAINTIFF
KWABENA BOATENG
By his attorneys,

DEFENDANT
AMAZON.COM SERVICES LLC
By its attorneys,

*/s/ Kimberly A. Dougherty*

Kimberly A. Dougherty (BBO No. 658014)
kim@justicelc.com
Justice Law Collaborative, LLC
210 Washington Street
North Easton, MA 02356
Telephone:  (508) 230-2700

*/s/ Marjorie Mesidor*

Marjorie Mesidor
mm@marjoriemesidor.com
Mesidor PLLC
30 Station Road, Suite 5
Bellport, NY 11713
Telephone:  (212) 930-6010

*/s/ Emily C. Ehl*

Daniel B. Klein (BBO No. 638059)
dklein@seyfarth.com
Alison H. Silveira (BBO No. 666814)
asilveira@seyfarth.com
Emily C. Ehl (BBO No. 640152)
eehl@seyfarth.com
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, Massachusetts  02210-2028
Telephone:  (617) 946-4800
Facsimile:  (617) 946-4801

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2026, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants..

 /s/ *Emily C. Ehl*
Emily C. Ehl

3

326543135v.1