**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| KWABENA BOATENG,<br><br>      Plaintiff,<br><br>      v.<br><br>AMAZON.COM SERVICES LLC,<br><br>      Defendant. | Civil Action No.  1:25-cv-11900-MRG |

## JOINT MOTION FOR REMOTE MEDIATION

Plaintiff Kwabena Boateng and Defendant Amazon.com Services LLC (collectively the "Parties") hereby respectfully and jointly move the Court to allow the upcoming mediation to be conducted remotely.  In support of this motion, the Parties state as follows:

1.      In an effort to resolve this matter, the Parties agreed to participate in the Court-sponsored mediation program and, on June 10, 2026, requested a referral to Magistrate Judge Marianne B. Bowler.

2.      On June 10, 2026, the Court referred the case to Alternative Dispute Resolution, assigned the case to Judge Bowler. (Dkts. 40, 42).

3.      An ADR Hearing before Judge Bowler has been set for August 13, 2026 (Dkt. 43).

4.      The Parties have conferred regarding the format of the August 13, 2026 mediation and agree that a fully remote mediation is appropriate because some of the mediation participants are located out of state, including in California.

WHEREFORE, the Parties jointly request that the Court grant this motion and allow the August 13, 2026 mediation before Judge Bowler to proceed on a fully remote basis.

326658809v.1

DATED:  June 18, 2026

Respectfully submitted,                          Respectfully submitted,

PLAINTIFF                                        DEFENDANT
KWABENA BOATENG                                  AMAZON.COM SERVICES LLC
By his attorneys,                                By its attorneys,


/s/ Kimberly A. Dougherty                        /s/ Emily C. Ehl
Kimberly A. Dougherty (BBO No. 658014)           Daniel B. Klein (BBO No. 638059)
kim@justicelc.com                                dklein@seyfarth.com
Justice Law Collaborative, LLC                   Alison H. Silveira (BBO No. 666814)
210 Washington Street                            asilveira@seyfarth.com
North Easton, MA 02356                           Emily C. Ehl (BBO No. 640152)
Telephone:  (508) 230-2700                       eehl@seyfarth.com
                                                 SEYFARTH SHAW LLP
/s/ Marjorie Mesidor                             Seaport East
Marjorie Mesidor                                 Two Seaport Lane, Suite 1200
mm@marjoriemesidor.com                           Boston, Massachusetts  02210-2028
Mesidor PLLC                                     Telephone:  (617) 946-4800
30 Station Road, Suite 5                         Facsimile:   (617) 946-4801
Bellport, NY 11713
Telephone:  (212) 930-6010


## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2026, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants..

/s/ Emily C. Ehl
Emily C. Ehl

326658809v.1