**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

KWABENA BOATENG,

          Plaintiff,

     v.

AMAZON.COM SERVICES LLC,

          Defendant.

Civil Action No.  4:25-cv-11900-MRG

## DEFENDANT'S MOTION FOR LEAVE FOR ITS CLIENT REPRESENTATIVE TO PARTICIPATE REMOTELY IN THE AUGUST 13, 2026 MEDIATION

Defendant Amazon.com Services LLC ("Amazon") hereby respectfully moves the Court to allow its client representative, in-house counsel with supervisory authority over this matter, to participate remotely in the mediation scheduled before Magistrate Judge Marianne B. Bowler on August 13, 2026.  Amazon's outside counsel will attend the mediation in person.  Good cause exists for this request because Amazon's client representative is based in California, and remote participation will avoid unnecessary travel burden and expense without impairing the mediation process.  This motion also provides additional information following the Court's denial without prejudice of the Parties' prior request for a fully remote mediation.

In support of this motion, Amazon states as follows:

1. On June 10, 2026, at the joint request of Plaintiff Kwabena Boateng and Amazon (collectively the "Parties"), the Court referred the case to Alternative Dispute Resolution and assigned the case to Judge Bowler. (Dkts. 40, 42).  An ADR Hearing before Judge Bowler has been set for August 13, 2026 (Dkt. 43).

2. On June 18, 2026, the Parties filed a joint motion requesting that the mediation proceed remotely. (Dkt. 45). On June 23, 2026, the Court denied that motion without prejudice

326902924v.1

2

upon the submission of additional information. (Dkt. 48).

3.      The Parties have since conferred further regarding the mediation.  Plaintiff's counsel has represented that Plaintiff and Plaintiff's counsel will attend the mediation in person. Amazon's outside counsel also will attend the mediation in person.

4.      Amazon seeks leave for its client representative, who is in-house counsel with supervisory authority over this matter, to participate remotely because she is based in California.

5.      Amazon conferred with Plaintiff's counsel regarding this request, and Plaintiff does not consent.

6.      Permitting Amazon's client representative to participate remotely, while Amazon's outside counsel appears in person, will conserve resources, avoid unnecessary travel burden and expense, and will not prejudice Plaintiff or interfere with the mediation process.

WHEREFORE, Amazon respectfully requests that the Court grant this motion and permit Amazon's client representative to participate remotely in the August 13, 2026 mediation.

326902924v.1

DATED:  July 1, 2026

Respectfully submitted,

DEFENDANT
AMAZON.COM SERVICES LLC
By its attorneys,


*/s/ Emily C. Ehl*
Daniel B. Klein (BBO No. 638059)
dklein@seyfarth.com
Alison H. Silveira (BBO No. 666814)
asilveira@seyfarth.com
Emily C. Ehl (BBO No. 640152)
eehl@seyfarth.com
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, Massachusetts  02210-2028
Telephone:   (617) 946-4800
Facsimile:    (617) 946-4801


## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2026, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants..

/s/ *Emily C. Ehl*
Emily C. Ehl

326902924v.1